**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:17-cr-00378-JCM-NJK |
| vs. | ) | ORDER |
| DAVID ARNOLD NORTH, | ) | (Docket No. 29) |
| Defendant. | ) | |

Pending before the Court is Defendant's counsel's *ex parte* motion to withdraw as counsel, Docket No. 29.

The Court sets the motion for hearing on December 4, 2017, at 11:00 a.m. in courtroom 3D. Defendant and his counsel are required to be present in the courtroom at the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.

IT IS SO ORDERED.

DATED: November 29, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge