# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00378-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 44) |
| DAVID ARNOLD NORTH, | |
| Defendant. | |

Pending before the Court is the parties' stipulation to extend the time for the United States' response to Defendant's motion to suppress evidence. Docket No. 44.

For good cause shown, the Court **GRANTS** the parties' stipulation. Docket No. 44. The United States' response to Defendant's motion to suppress evidence (Docket No. 43) shall be filed no later than October 29, 2018. Defendant's reply to the United States' response shall be filed no later than November 5, 2018.

IT IS SO ORDERED.

DATED: October 15, 2018.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE