DANIEL HILL, ESQ.
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
(702) 848-5000
dan@hillfirmlawyers.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-000378-JCM-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE** |
| vs. | **(Second Request)** |
| DAVID NORTH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Jason Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for Defendant David North, that the Defendant's sentencing date, currently set for July 7, 2023 at 11AM, be extended to a date and time convenient for the Court around 60 days after the current sentencing date.

The Stipulation is entered into for the following reasons:

1.    Defendant is aware of this request and agrees.

2.    Defense counsel needs to submit a sentencing memorandum on behalf of Mr. North in this matter. A major component of the memorandum will be an evaluative report by a psychologist, which report is still in the process of preparation.

3.    The additional time requested is not for the purposes of delay, but to allow defense counsel adequate time to produce a memorandum and prepare for sentencing.

4.    Denial of this request for continuance could result in a miscarriage of justice.

5.      Accordingly, the parties hereby stipulate to continue Defendant David North's sentencing date for 60 days.

DATED this 6th day of July 2023.

By: */s/ Melanee Smith*
_____
MELANEE SMITH
*Counsel for the Government*

By: */s/ Daniel Hill*
_____
DANIEL HILL
*Counsel for the Defendant*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>DAVID NORTH,<br><br>              Defendant. | Case No. 2:17-cr-000378-JCM-NJK<br><br>**ORDER** |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for July 7, 2023 at 11:00 a.m., be vacated and continued to **September 8, 2023, at 10:30 a.m.**

DATED ____July 6, 2023_____.

_____
HON. JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

-3-