# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>DAVID ARNOLD NORTH,<br><br>      Defendant. | Case No. 2:17-cr-00378-JCM-NJK<br><br>ORDER<br><br>(Docket No. 144) |

On December 12, 2023, while represented by counsel, Defendant David Arnold North filed a *pro se* motion. Docket No. 144. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 144, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: December 21, 2023.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE