UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>DAVID ARNOLD NORTH,<br><br>Defendant. | Case No. 2:17-cr-00378-JCM-NJK<br><br>ORDER<br><br>(Docket No. 152) |

On April 5, 2024, while represented by counsel, Defendant David Arnold North filed a *pro se* motion. Docket No. 152. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 152, shall be **STRICKEN** from the docket.[1]

IT IS SO ORDERED.

DATED: April 8, 2024.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] This is the fourth such filing that the Court has stricken for this reason. *See* Docket Nos. 142, 143, 144, 145, 149, 151; *see also* Docket No. 150.