# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:17-cr-00378-JCM-NJK |
| vs. | ORDER |
| DAVID ARNOLD NORTH, | (Docket No. 155) |
| Defendant. | |

On April 19, 2024, while represented by counsel, Defendant David Arnold North filed a *pro se* motion. Docket No. 155. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 155, shall be **STRICKEN** from the docket.[1]

IT IS SO ORDERED.

DATED: April 23, 2024.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] This is one of several filings that the Court has stricken for this reason. *See* Docket Nos. 142, 144, 149, 152; *see also* Docket No. 150.